228 P.3d 113

**STATE of Arizona, Appellee,**

v.

**Gerald David CASTRONOVA, Appellant.**

**No. CR–09–0177–PR.**

Supreme Court of Arizona.

Jan. 12, 2010.

## ORDER

After hearing oral argument and considering the parties' supplemental filings, it appears to the Court that the grant of review in this case was improvident. Therefore,

**IT IS ORDERED** as follows:

1. The Order granting review is vacated;

2. The Petition for Review is denied; and

3. The Court of Appeals Opinion shall be depublished, pursuant to Rule 111(g), Rules of the Supreme Court.